**J. J. Babka, appellee, v. Menke Komorous Company et al., appellants. Gen. No. 32,272.**

Opinion filed May 8, 1928.
Beckman, Olson & Hough, for appellants. No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.

**Oscar Rubin, appellee, v. Jacob Greenman, appellant. Gen. No. 32,281.**

Opinion filed May 8, 1928.
Morris K. Levinson, for appellant. Clark & Clark, for appellee; Russell S. Clark, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

**Northwestern Electric Company, appellant, v. Stuart D. Boynton, appellee. Gen. No. 32,307.**

Opinion filed May 8, 1928.
Litsinger, Healy & Reid, for appellant. Adler, Lederer & Kahn, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

**Ernest Saunders, appellant, v. June E. Osterberg et al., appellees. Gen. No. 32,212.**

Opinion filed May 8, 1928.
Frank A. Ramsay, for appellant. Walter M. Farmer, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.